AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alonso, Jorge L. | United States District Court, Northern District of Illinois | 10/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

Everett M. Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Daniel Murphy Scholarship Fund |
| 2. | Junior Board Member | Cristo Rey Jesuit High School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Judges' Retirement System of Illinois |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Education Services | Education loan | J |
| 2. | Northwestern Mutural | Loan from life insurance policy | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Bond Fund of America | A | Int./Div. | J | T | | | | | |
| 2. American Funds EuroPacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 3. American Funds Growth Fund of America | A | Int./Div. | J | T | | | | | |
| 4. American FUnds Intermeidiate Fund of American | A | Int./Div. | J | T | | | | | |
| 5. American Funds New Economy Fund | A | Int./Div. | J | T | | | | | |
| 6. American Funds New Perspective Fund | A | Int./Div. | J | T | | | | | |
| 7. American Funds SMALLCAP World Fund | A | Int./Div. | J | T | | | | | |
| 8. American Funds The Investment Company of America | A | Int./Div. | J | T | | | | | |
| 9. American Funds Washington Mutual Investors Fund | A | Int./Div. | J | T | | | | | |
| 10. ASTON/Fairpointe Mid Cap Fund | A | Int./Div. | J | T | | | | | |
| 11. BlackRock High Yield Bond Fund | A | Int./Div. | L | T | | | | | |
| 12. Bright Start Age Based 12 - 14 years Potfolio-529 | E | Int./Div. | L | T | | | | | |
| 13. Bright Start Age Based 12-14 years Portfolio-529 | E | Int./Div. | J | T | | | | | |
| 14. Causeway International Value Fund | A | Int./Div. | J | T | | | | | |
| 15. Cohen & Steers Real Estate Securities Fund | A | Int./Div. | | | Sold | 12/02/14 | J | | |
| 16. Columbia Acorn Funds | A | Int./Div. | | | Sold | 09/11/15 | J | | |
| 17. Delaware Emerging Markets Funds | A | Int./Div. | | T | Sold | 09/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Institutional High Yield Bond Fund | A | Int./Div. | J | T | | | | | |
| 19. Fidelity Puritan Fund | A | Int./Div. | | | Sold | 09/14/15 | J | | |
| 20. Golman Sachs Emerging Markets Debt Fund | A | Int./Div. | | | Sold | 12/02/14 | J | | |
| 21. Goldman Sakes Small Cap Value Fund | A | Int./Div. | | | Sold | 12/02/14 | J | | |
| 22. Harbor International Fund | A | Int./Div. | J | T | | | | | |
| 23. Invesco International Growth Equity Trust | A | Int./Div. | | | Sold | | J | | |
| 24. iShares MSCI EAFE ETF | A | Int./Div. | J | T | | | | | |
| 25. iShares Russell 2000ETF | A | Int./Div. | | | Sold | 03/06/15 | J | | |
| 26. iShares Russell Midcap Index ETF | A | Int./Div. | | | Sold | 03/06/15 | J | | |
| 27. JPMorgan Core Bond Select Fund | A | Int./Div. | J | T | | | | | |
| 28. JPMorgan Emerging Markets Equity Fund | A | Int./Div. | | | Sold | 04/08/15 | J | | |
| 29. JPMorgan High Yield Fund | A | Int./Div. | J | T | | | | | |
| 30. JpMorgan International Value Fund | A | Int./Div. | | | Sold | 04/08/15 | J | | |
| 31. JPMorgan Liquid Assets Money Market Fund | A | Int./Div. | J | T | | | | | |
| 32. JPMorgan Mid Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 33. JPMorgan Short Duration Bond Fund | A | Int./Div. | J | T | | | | | |
| 34. JPMorgan Small Cap Equity Fund | A | Int./Div. | | | Sold | 03/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPMorgan US Equity Fund | A | Int./Div. | J | T | | | | | |
| 36. JPMorgan Value Advantage Fund | A | Int./Div. | J | T | | | | | |
| 37. MPS Emerging Market Debt Fund | A | Int./Div. | J | T | | | | | |
| 38. MFS Massachussetts Investors Trust | A | Int./Div. | J | T | | | | | |
| 39. Oakmark Fund | A | Int./Div. | J | T | | | | | |
| 40. Oppenheimer Developing Markets Fund | A | Int./Div. | | | Sold | 08/03/15 | J | | |
| 41. PIMCO Short Term Fund | A | Int./Div. | J | T | | | | | |
| 42. PIMCO Total Return Fund | A | Int./Div. | | | Sold | 12/02/14 | J | | |
| 43. SPDR S&P 500 ETF Trust | A | Int./Div. | J | T | | | | | |
| 44. Sterling Capital Special Opportunities Fund | A | Int./Div. | | | Sold | 01/23/15 | J | | |
| 45. T.Rowe Price New Income Fund | A | Int./Div. | J | T | | | | | |
| 46. UNIQUE College Investing Plan (NH) Portfolio 2018 | A | Int./Div. | | | Sold | 09/14/15 | J | | |
| 47. UNIQUE College Investing Plan (NH) Portfolio 2021 | A | Int./Div. | | | Sold | 09/14/15 | J | | |
| 48. Vanguard Institutional Index Fund | A | Int./Div. | | | Sold | 08/04/15 | J | | |
| 49. Vanguard Short-Term Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 50. Wellington Diversified Growth Fund | A | Int./Div. | | | Sold | 08/04/15 | J | | |
| 51. Wells Fargo Advantage Emerging | A | Int./Div. | | | Sold | 08/04/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Advantage Growth Fund | A | Int./Div. | J | T | | | | | |
| 53. Wells Fargo Stable Return Fund | A | Int./Div. | | | Sold | 08/04/15 | J | | |
| 54. Vanguard REIT ETF | A | Int./Div. | | | Sold | 12/04/14 | J | | |
| 55. Chase bank Cash Accounts | A | Interest | J | T | | | | | |
| 56. Northwestern Mutual Whole Life | A | Int./Div. | J | T | | | | | |
| 57. Blackrock FDS | A | Int./Div. | J | T | | | | | |
| 58. Blackrock International | A | Int./Div. | J | T | | | | | |
| 59. Brown Advisory FDS | A | Int./Div. | J | T | | | | | |
| 60. Deutsche X Trackers MSCI | A | Int./Div. | J | T | | | | | |
| 61. Dodge & Cox Funds | A | Int./Div. | J | T | | | | | |
| 62. MFS Research | A | Int./Div. | J | T | | | | | |
| 63. Wisdomtree Japan Hedged | A | Int./Div. | J | T | | | | | |
| 64. Dodge & Cox Income Fund | A | Int./Div. | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 10/21/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jorge L. Alonso**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544